# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Ellis Davon Dudley, II**
       Plaintiff(s)

vs.                                **CASE NUMBER: 5:24-cv-48 (DNH/ ML)**

**Michelle Pirro Baily, Katie Boyea, Arlene Bradshaw, Randal B. Caldwell, Julie A. Cecile, Julie A. Cerio, Patricia L. DeRue, Christina F. Dejoseph, Department of Health and Social Service, Jeffrey A. Domachowski, Hiscock Legal Aid, Kathy Hochul, Megan Johnson, James V. McDonald, Sandra Milner, Martha E. Mulroy, New York State, Onondaga County Sheriff, Sue Ottaviano, David M. Primo, Karen Stanislaus, Unknown**
       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Report & Recommendation is ACCEPTED and Plaintiff's complaint is DISMISSED without leave to amend.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated May 23, 2024.

DATED: May 23, 2024

Clerk of Court

s/_____
Samantha Brahm
Deputy Clerk